UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ____

Jonathan Lee Riches©,　　　1:07-CV-2318
Plaintiff
　　　　　　　　　　　　　　Civil No
v.

Mike Ditka d/b/a Ditka's Hall of Fame Assistance Trust;
Gridiron Greats Assistance Fund,
Defendants

## Complaint

**Theft of my charity Money / IRS TAX Fraud / TRO Restraining order**

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves under 42 USC 1983. Plaintiff Seeks $1.3 million in damages. I'm a inmate at FCI Williamsburg, I've been donating my prison sweeping job money to Defendant's charity since 1994. I thought my money was helping former players injuries. Instead, Ditka went golfing with my money. Ditka went to scores strip club in NY 75 times in 2005 with my Money. Ditka took my money and transfered it to Euro's, thats why the dollar is losing value. Ditka is threatening to tackle me if I tell anyone. I'm in solitary confinement without protection. Ditka filed false tax forms using the Auditor from Enron. I seek relief under the whistle blowing act

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
17 DEC 2007 PM 2 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3800

Legal Mail